KENNETH E. KELLER (SBN: 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Plaintiff PANOPTX, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANOPTX, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROTECTIVE OPTICS, INC., a California corporation,<br><br>Defendant. | Case No.: 3:06-cv-07610 MHP<br><br>**STIPULATION ACKNOWLEDGING SERVICE AND EXTENDING DEADLINE FOR DEFENDANT PROTECTIVE OPTICS TO RESPOND TO COMPLAINT**<br><br>Dept: Courtroom 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel |

Pursuant to Civil Local Rules 6-1, plaintiff Panoptx, Inc. ("Panoptx") and defendant Protective Optics, Inc. ("Protective Optics") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS on December 12, 2006, plaintiff filed the Complaint in this action;

WHEREAS, on January 3, 2007, counsel for plaintiff and counsel for defendant spoke by telephone regarding service of the Complaint;

WHEREAS defendant's counsel agreed to accept service of the Complaint on behalf of defendant, and plaintiff's counsel agreed to extend the time for defendant to respond to the Complaint until February 2, 2007;

WHEREAS the proposed extension of time will not alter the date of any deadline or event fixed by Court order; and

WHEREAS on January 3, 2007, plaintiff's counsel served a copy of the Complaint on defendant's counsel by Federal Express;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties as follows:

1. Protective Optics accepts service of the Complaint by overnight mail; and

2. The deadline for Protective Optics to respond to the Complaint is extended to February 2, 2007.

Dated: January 3, 2007

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
Michael D. Lisi
Attorneys for Plaintiff PANOPTX, INC.

Dated: January 3, 2007

GREENBERG TRAURIG LLP

By: _____
E. Patrick Ellisen
Attorneys for Defendant,
PROTECTIVE OPTICS, INC.

Dated: 1/8/07

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*

---

STIPULATION ACKNOWLEDGING SERVICE AND EXTENDING DEADLINE FOR
DEFENDANT PROTECTIVE OPTICS TO RESPOND TO COMPLAINT
Case No.: 3:06-cv-07610 MHP

1