KENNETH E. KELLER (SBN: 71450) KKeller@kksrr.com
MICHAEL D. LISI (SBN 196974) MLisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Plaintiff and
Cross-defendant PANOPTX, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PANOPTX, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PROTECTIVE OPTICS, INC., a California corporation,<br><br>    Defendant.<br><br>And Related Counterclaim. | Case No.:  3:06-cv-07610 MHP<br><br>**STIPULATION AND [<s>PROPOSED</s>] ORDER RE BRIEFING ON MOTION FOR SUMMARY JUDGMENT**<br><br>**Dept:   Courtroom 15, 18th Floor**<br>**Judge:  Hon. Marilyn Hall Patel** |

   Plaintiff and Counterclaim-Defendant Panoptx, Inc. ("Panoptx") and Defendant and Counterclaimant Protective Optics, Inc. ("Protective Optics") by and through their undersigned counsel, state and agree as follows:

   WHEREAS, on April 9, 2007, the Court held an initial Case Management Conference in this case, during which the Court set a schedule for Protective Optics to file its motion for summary judgment of invalidity;

   WHEREAS, the Court ordered Protective Optics to file its summary judgment motion by

1  June 25, 2007, Panoptx to file its Opposition /Rule 56(f) declarations by July 16, 2007, Protective
2  Optics to file its reply brief by July 23, 2007, and set a hearing on the motion for August 20, 2007;
3      WHEREAS, at the initial Case Management Conference the Court also ordered Protective
4  Optics to disclose its invalidity position to Panoptx by no later than April 23, 2007;
5      WHEREAS, Protective Optics wrote to Panoptx on April 24, 2007, stating its invalidity
6  arguments and identifying the prior art on which it was relying and offering Panoptx an additional
7  day to conduct discovery relating to the references, to which Panoptx did not respond;
8      WHEREAS, the Court stated at the initial Case Management Conference that the parties
9  could agree to modify this schedule to the extent necessary;
10     WHEREAS, pursuant to that statement, the parties have previously agreed to make one
11 change to the schedule, submitting a stipulated request to re-set the hearing on the motion for
12 summary judgment from August 20, 2007 until September 24, 2007, which the Court granted on
13 June 7, 2007;
14     WHEREAS, on June 18, 2007, Protective Optics wrote to Panoptx and disclosed additional
15 prior art references on which it intended to rely in connection with its upcoming motion for summary
16 judgment of invalidity;
17     WHEREAS, on or about June 20, 2007, the parties met and conferred about the June 18th
18 disclosure and agreed that Panoptx should have additional time to prepare its response to Protective
19 Optics' motion for summary judgment;
20     WHEREAS, the parties agreed to extend the deadline for Panoptx's opposition to August 6,
21 2007, and the deadline for Protective Optics' reply brief to August 13, 2007;
22     THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties to this action,
23 by and through their respective counsel of record, and subject to the approval of the Court, that the
24 deadline for Panoptx to file its opposition to Protective Optics' motion for summary judgment of
25 invalidity should be extended until August 6, 2007, that the deadline for Protective Optics to file its
26 reply brief should be extended until August 13, 2007, and that the July 25, 2007 deadline for
27 Protective Optics to file its summary judgment motion and the September 24, 2007 hearing date
28

should remain the same.

**IT IS SO STIPULATED.**

Dated: June 21, 2007     KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
    Michael D. Lisi
    Attorneys for Plaintiff and Cross-defendant
    PANOPTX, INC.

Dated: June 21, 2007     GREENBERG TRAURIG, LLP

By: _____/s/_____
    Daniel T. McCloskey
    Attorneys for Defendant and
    Cross-Complainant PROTECTIVE OPTICS, INC.

I hereby attest that I have been authorized by Daniel T. McCloskey to execute on his behalf this Joint Case Management Statement and [Proposed] Order.

Executed on this 21st day of June, 2007 at San Francisco, California.

_____/s/ Michael D. Lisi_____
MICHAEL D. LISI

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 6/22/2007

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

78274   JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
        Case No.:  3:06-cv-07610 MHP