1  E. Patrick Ellisen, CA Bar No. 142033
   ellisenp@gtlaw.com
2  Daniel T. McCloskey, CA Bar No. 191944
   mccloskeyd@gtlaw.com
3  Jong P. Hong, CA Bar No. 225785
   hongj@gtlaw.com
4  **GREENBERG TRAURIG LLP**
   1900 University Avenue 5th Floor
5  East Palo Alto, CA 94303
   Telephone: (650) 328-8500
6  Facsimile: (650) 328-8508

7  Attorneys for Defendant and Counterclaimant,
   **PROTECTIVE OPTICS, INC.**

8

9

               **UNITED STATES DISTRICT COURT**

               **NORTHERN DISTRICT OF CALIFORNIA**

               **SAN FRANCISCO DIVISION**

| | |
|---|---|
| PANOPTX, INC. a California corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>PROTECTIVE OPTICS, INC., et al.,<br><br>          Defendant.<br><br>AND RELATED COUNTER-CLAIMS | Case No. C06-7610 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BY THREE DAYS PROTECTIVE OPTICS' TIME TO REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Dept: Courtroom 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel |

    Plaintiff and Counterclaim-Defendant Panoptx, Inc. ("Panoptx") and Defendant and Counterclaimant Protective Optics, Inc. ("Protective") by and through their undersigned counsel, state and agree as follows:

    WHEREAS, on June 25, 2007, Protective filed its motion for summary judgment (the "Motion"), which motion is now scheduled for hearing on September 24, 2007;

    WHEREAS, on June 26, 2007, pursuant to stipulation, this Court reset the briefing schedule on the Motion to extend the deadline for Panoptx's opposition to August 6, 2007, and

1  the deadline for Protective Optics' reply brief to August 13, 2007 (*see* Dkt. No. 26);

2      WHEREAS, a scheduling conflict has arisen which affects the availability of Panoptx's

3  counsel and expert during the week of August 6 which would be alleviated if Protective were

4  allowed an additional three days, to August 16, to file its reply brief;

5      WHEREAS, counsel for Protective and Panoptx have met and conferred regarding this

6  extension;

7      THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties to this

8  action, by and through their respective counsel of record, and subject to the approval of the Court,

9  that the deadline for Protective Optics to file its reply brief should be extended until August 16,

10 2007, and the September 24, 2007 hearing date should remain the same.

11 **IT IS SO STIPULATED.**

12 Dated:  July 17, 2007                                GREENBERG TRAURIG, LLP

13

14                                                              By:  _____/s/_____

15                                                                    Daniel T. McCloskey
                                                                      Attorneys for Defendant and
16                                                                    Counterclaimant, PROTECTIVE OPTICS, INC.

17
   Dated:  July 17, 2007                                KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
18

19

20                                                              By:  _____/s/_____
                                                                      Michael D. Lisi
21                                                                    Attorneys for Plaintiff and Counterclaim-defendant
                                                                      PANOPTX, INC.
22

23     I hereby attest that I have been authorized by Michael D. Lisi to execute on his behalf this

24 Stipulation And [Proposed] Order Extending By Three Days Protective Optics' Time To Reply In

25 Support Of Motion For Summary Judgment.

26     Executed on this 17th day of July, 2007 at San Francisco, California.

27                                                              _____/s/_____
                                                                 Daniel T. McCloskey
28

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3 Dated: July 19, 2007

HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

2