KENNETH E. KELLER (SBN: 71450) KKeller@kksrr.com
MICHAEL D. LISI (SBN 196974) MLisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Plaintiff and
Cross-defendant PANOPTX, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PANOPTX, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PROTECTIVE OPTICS, INC., a California corporation,<br><br>    Defendant.<br><br>And Related Counterclaim. | Case No.: 3:06-cv-07610 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING ELECTRONIC/COMPUTER EQUIPMENT INTO FEDERAL COURTROOM**<br><br>Date:       October 10, 2007<br>Time:       3:00 p.m.<br>Judge:      Hon. Marilyn H. Patel<br>Courtroom:  15 |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff and Counterclaim-Defendant Panoptx, Inc. ("Panoptx") and Defendant and Counterclaimant Protective Optics, Inc. ("Protective Optics"), through their respective counsel and subject to the approval of this Court, that Panoptx shall be permitted to bring the following computer/electronic equipment into the above courtroom in connection with the hearing on the Protective Optics' Motion for Partial Summary Judgment, currently set for October 10, 2007 at 3:00 p.m.:

1

STIPULATION AND [PROPOSED] ORDER PERMITTING ELECTRONIC/COMPUTER
EQUIPMENT INTO FEDERAL COURTROOM
Case No.: 3:06-cv-07610 MHP

*SV 346172100v1 6/20/2007*

1 • Projector with stand;

2 • Cables for attaching equipment; and

3 • Laptop computer and related hardware.

**IT IS SO STIPULATED.**

Dated: October 8, 2007                              KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
    Michael D. Lisi
    Attorneys for Plaintiff and Cross-defendant
    PANOPTX, INC.

Dated: October 8, 2007                              GREENBERG TRAURIG, LLP

By: _____/s/_____
    Daniel T. McCloskey
    Attorneys for Defendant and
    Cross-Complainant PROTECTIVE OPTICS, INC.

I hereby attest that I have been authorized by Daniel T. McCloskey to execute on his behalf this Joint Case Management Statement and [Proposed] Order.

Executed on this 8th day of October, 2007 at San Francisco, California.

                                            _____/s/  Michael D. Lisi_____
                                                  MICHAEL D. LISI

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 10/09/07

                                            HON. MARILYN H. PATEL
                                            UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — signed "Judge Marilyn H. Patel"]*

2

STIPULATION AND [PROPOSED] ORDER PERMITTING ELECTRONIC/COMPUTER
EQUIPMENT INTO FEDERAL COURTROOM
Case No.: 3:06-cv-07610 MHP